UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:17-cv-2124-S-BT |
| CITY OF FRISCO TEXAS, | § § § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated July 18, 2018. The Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss filed by Defendant City of Frisco (ECF No. 6) is **GRANTED**. Plaintiff's mandamus claim is **DISMISSED without prejudice** and his remaining claims are **DISMISSED with prejudice.**

**SO ORDERED** on this 13th day of August, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE

1