IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:17-CV-2124-S (BT) |
| | § | |
| CITY OF FRISCO TEXAS, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated August 20, 2018. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against the City of Irving and Eric Curtis should be DISMISSED with prejudice pursuant to Rule 41(b).

**SO ORDERED**, this /2ᵗʰ day of September 2018.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE